**UNITED STATES of America, Plaintiff–Appellee**

v.

**Byron Joe WEST, Defendant– Appellant.**

**No. 08–50111. Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 29, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Byron Joe West, Bastrop, TX, pro se.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Byron Joe West, federal prisoner # 39638–180, was convicted of possession of a firearm by a convicted felon. He

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

seeks a certificate of appealability (COA) to appeal the district court's orders transferring to this court his motion to reopen direct appeal and his motion to reduce sentence under 18 U.S.C. § 3582(c)(2) as unauthorized successive 28 U.S.C. § 2255 motions.

If necessary, we must examine the basis of our jurisdiction sua sponte. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). The district court's transfer orders were nonappealable interlocutory orders. *See Brinar v. Williamson,* 245 F.3d 515, 516–18 (5th Cir.2001). We are without jurisdiction to consider the present appeal. *See id.* Accordingly, the appeal is dismissed for lack of jurisdiction. West's motions for a COA, for leave to proceed in forma pauperis on appeal, and for appointment of counsel are denied.

APPEAL DISMISSED; MOTIONS DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.